**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re:                                                          Case No. 05-11701-RAM
                                                                Chapter 7
**YES MARKETING, INC.**
SS #

_____Debtor(s)_____    /

**NOTICE OF DEPOSIT OF FUNDS**

Notice is hereby given that:

(X)      The trustee has a balance of $8.390.41 remaining in the trustee's account which
         represents unpresented checks drawn and mailed to entities pursuant to the final
         distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13
         of title 11. The trustee has made a good faith effort to verify the correct mailing addresses
         for said entities and deliver the funds before presenting this notice. More than sufficient
         time has passed for these checks to be presented for payment; or

( )      The trustee has a balance of $_____ remaining in the trustee's account which
         represents small dividends as defined by FRBP 3010.


         Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names,
claim numbers and addresses of the claimants and the amount to which each is entitled.

         WHEREFORE, the trustee hereby gives notice that the above stated sum has been
deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of
this estate.

         I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 27th
day of January, 2016, to debtor, attorney for debtor and Assistant United States Trustee, 51 S.W. First
Avenue, Suite 1204, Miami, FL 33130.



                                          _/s/ Jacqueline Calderin_____
                                          Jacqueline Calderin, Trustee
                                          247 SW 8 Street, #880
                                          Miami, Florida 33130
                                          Telephone: (786) 369-8440
                                          Fax:

**YES MARKETING, INC.**
**05-11701-RAM**
**STALED DATED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| 8 | Chez Fare Travel | 1526.76 |
| 10 | Fernando Kohler | 2516.97 |
| 1 | James Carter | 993.22 |
| 7 | Even Collinsworth | 1676.73 |
| 11 | Lisa Pervin | 1676.73 |

**05-11701 RAM**
**DIMINIMUS FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
|  |  |  |
|  |  |  |